082014Lf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RICHARD KRUGER d/b/a DIAMOND LIMOUSINE, | )<br>)<br>) No. 13 cv 103 EJM |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| BLACK DIAMOND LIMOUSINE, INC., and OLD CAPITOL LIMOUSINE, | )<br>)<br>) |
| Defendants. | |

This matter is before the court on defendants' unresisted motion for sanctions filed June 23, 2014, and the Magistrate Judge's unresisted Report and Recommendation (R & R) filed July 25, 2014. Motion granted. R & R accepted.

Plaintiff appears to abandon his case for trademark infringement. His counsel has withdrawn, for non-payment, with leave of court. Defendants moved to compel discovery on May 19, 2014. Plaintiff did not resist or respond. The Magistrate Judge filed an order on June 6, 2014, requiring plaintiff to respond to the discovery requests or be subject to appropriate sanctions, including dismissal. Plaintiff did not respond.

The Magistrate Judge then set a hearing on defendants' motion for sanctions, and ordered plaintiff to personally appear. He did not.

1

On July 25, 2014, the Magistrate Judge filed an R & R reciting these facts, granting the motion for sanctions, recommending that the complaint be dismissed with prejudice, and also recommending that plaintiff pay reasonable expenses, including attorney fees. There have been no objections filed to the R & R.

It is therefore

ORDERED

Motion granted. R & R accepted.

August 20, 2014

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT